UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL JAMES MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE, et al.,<br><br>    Defendants. | CASE NO. C16-0913-JLR<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint, and this action, are DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 1st day of January, 2017.

_____
JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION
PAGE - 1